JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | | |
|---|---|---|
| CHARLES ALLEN, | ) | No. CV 19-1530-VBF (PLA) |
| Petitioner, | ) | **JUDGMENT** |
| v. | ) | |
| W. L. MONTGOMERY, Warden, | ) | |
| Respondent. | ) | |

Pursuant to the Order accepting the Magistrate Judge's Report and Recommendation, IT IS ADJUDGED that the Petition in this matter is dismissed with prejudice.

DATED: October 26, 2020                          /s/ Valerie Baker Fairbank
                                                                    HONORABLE VALERIE BAKER FAIRBANK
                                                                    SENIOR UNITED STATES DISTRICT JUDGE